1  **SANDERS LAW GROUP**
   Jacqueline Mandel, Esq. (SBN 39343)
2     jmandel@sanderslaw.group
   333 Earle Ovington Blvd, Suite 402
3  Uniondale, NY 11553
   Tel: (516) 203-7600
4
   *Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| GLOBAL WEATHER PRODUCTIONS, LLC, | Case No. 2:24-cv-03577-DWL |
| Plaintiff, | **PLAINTIFF'S NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT** |
| v. | |
| VELOCITY PUBLIC ADJUSTING, LLC, | |
| Defendant. | |

Pursuant to Rule 68(a) of the Federal Rules of Civil Procedure, Plaintiff Global Weather Productions, LLC, by and through his undersigned counsel, hereby accepts and provides notice that it has accepted Defendant Velocity Public Adjusting, LLC's Offer of Judgment to Plaintiff served on April 28, 2025 attached hereto as Exhibit 1.

DATED: May 6, 2025         **SANDERS LAW GROUP**

By:  */s/ Jacqueline Mandel*

Jacqueline Mandel, Esq.
333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
Fax: (516) 282-7878
Email: jmandel@sanderslaw.group
*Attorneys for Plaintiff*

# **CERTIFICATE OF SERVICE**

I certify that on May 6, 2025, a true and correct copy of the foregoing Notice of Acceptance of Offer of Judgment was served via electronic mail on counsel for Defendant at:

TABITHA R. MYERS (SBN 030001)
*tmyers@midtownlawaz.com*
**MIDTOWN LAW**
2828 N. Central Ave, Ste 1003
Phoenix, AZ 85004
Tel: (602) 900-9333
*Attorney for Defendant*

DATED: April 9, 2025

By: /s/ *Jacqueline Mandel*
      Jacqueline Mandel

| | |
|---|---|
| 1 | TABITHA R. MYERS  (SBN 030001) |
| 2 | tmyers@midtownlawaz.com |
| 3 | **MIDTOWN LAW** |
| 4 | 2828 N. Central Ave, Ste 1003 |
|   | Phoenix, AZ 85004 |
| 5 | Tel: (602) 900-9333 |
|   | *Attorney for Defendant* |

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Global Weather Productions, LLC | Case No. 2:24-cv-03577-DWL |
| Plaintiff, | **OFFER OF JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 68** |
| v. | |
| Velocity Public Adjusting, LLC | |
| Defendant. | |

TO PLAINTIFF Global Weather Productions, LLC AND ITS ATTORNEY OF RECORD:

Defendant Velocity Public Adjusting, LLC ("Defendant") hereby offers to allow entry of judgment to be taken against it pursuant to Rule 68 of the Federal Rules of Civil Procedure as follows: a judgment in favor of Plaintiff Global Weather Productions, LLC ("Plaintiff") and against Defendant, in the sum of Eight Thousand Five Hundred and 0/11 Dollars ($8,500.00) in full resolution of any and all claims by Plaintiff, inclusive of attorney's fees and accrued recoverable costs—with the result that the total judgment amount, including recoverable costs, which Defendant shall be obligated to pay shall be $8,500.00. This shall be the total amount to be paid by Defendant on account of any liability

claimed in this action, including all costs of suit and attorneys' fees otherwise recoverable in this action by Plaintiff.

This Offer of Judgment is made for the purposes specified in Federal Rule of Civil Procedure 68 and is not to be construed as either an admission that Defendant is liable in this action, or that Plaintiffs have suffered any damage. This Offer of Judgement shall not be filed with the Court unless (a) accepted or (b) in a proceeding to determine costs.

If Plaintiff does not accept this offer, Plaintiff may become obligated to pay Defendant's costs incurred after the making of this offer.

To accept this offer, Plaintiff must serve written notice of acceptance thereof within fourteen (14) days of the date this offer is made.

This offer is not an admission of liability by the Defendant but rather is made solely for the purpose of compromising a disputed claim and is subject to Federal Rule of Evidence 408.

DATED: April 28, 2025        MIDTOWN LAW

By: /s/ Tabitha R. Myers
    Tabitha R. Myers
    Attorney for Defendant

    2828 N. Central Ave, Ste 1003
    Phoenix, AZ 85004
    Tel: (602) 900-9333
    tmyers@midtownlawaz.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of April, 2025, I caused the foregoing document to be served on the undersigned counsels of record, via U.S. Mail and e-mail.

Jacqueline Mandell, Esq.
SANDERS LAW GROUP
333 Earle Ovington Blvd., Suite 402
Uniondale, NY 11553
*Attorneys for Plaintiff Global Weather Productions, LLC*


/s/ Tabitha R. Myers