**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Global Weather Productions LLC,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Velocity Public Adjusting LLC,<br><br>　　　　　Defendant. | **NO. CV-24-03577-PHX-DWL**<br><br>**JUDGMENT IN A CIVIL CASE** |

   Pursuant to Plaintiff having accepted Defendant's offer of judgment, judgment is hereby entered against Defendant Velocity Public Adjusting LLC in the amount of $8,500.00 and this action is hereby terminated.

　　　　　　　　　　　　　　　　　Debra D. Lucas
　　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

May 8, 2025

　　　　　　　　　　　　　　　　　s/ K. Gray
　　　　　　　　　　　　By　　　Deputy Clerk