Jacqueline Mandel (Bar No. 39343)
jmandel@sanderslaw.group
**SANDERS LAW GROUP**
333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553
Telephone: (516) 203-7600

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Global Weather Productions LLC, | Case No. 2:24-cv-03577-DWL |
| Plaintiff, | **SATISFACTION OF JUDGMENT** |
| v. | |
| Velocity Public Adjusting LLC, | |
| Defendant. | |

Plaintiff files this Notice of Satisfaction of the Judgment and states:

1. On May 9, 2025, the Clerk entered Judgment for the Plaintiff for the amount of $8,500.00.

2. On June 2, 2025, Defendant satisfied the Judgment entered in this case.

1  DATED: June 11, 2025

2  **SANDERS LAW GROUP**

3  By: */s/ Jacqueline Mandel*
   Jacqueline Mandel, Esq.
4  333 Earle Ovington Boulevard, Suite 402
   Uniondale, NY 11553
5  Tel: (516) 203-7600
   Email: jmandel@sanderslaw.group
6  File No.: 130981

7  *Attorneys for Plaintiff*